455 SEVENTH AVENUE, INC., Appellant, *v.* FREDERICK HUSSEY REALTY CORP., Respondent.

Submitted February 25, 1946; decided March 7, 1946.

Motion to amend remittitur denied.   [See 295 N. Y. 166.]